# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYA HAVUL, | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-1939 |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC and | : | |
| LOWE'S COMPANIES, INC. | : | |
|       Defendants. | : | |
| | : | |

## ORDER

This 22nd day of May, 2020, upon consideration of Plaintiff's Motion to Remand (ECF 5) and Defendants' Opposition (ECF 6), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

                                                /s/ Gerald Austin McHugh
                                                United States District Judge